| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **Courtroom 940** |
| **EASTERN DISTRICT OF NEW YORK** | DATE: 3/29/2023    TIME: |
| BEFORE: GARY R. BROWN, U.S. DISTRICT JUDGE | |

CASE: Civil Cause for Telephone Pre-Motion Conference
22cv 7081 Wiener et al v. Miller et al

APPEARANCES:    Plaintiff:   **Andres F. Alonso**

Defendant:   **Harvey J Wolkoff, Angela A. Lainhart**

FTR: 2:00-2:30

**Motion for:**    Rule 12 DE 24
**Movant:**

Case called.

☒    Counsel for all sides present.

☒    Pre-motion conference held.

☐ Parties to meet and confer and submit a schedule within 2 weeks.

☐ Motion Schedule set.    Motion served by:
Response served by:
Reply and all papers filed by:

☐    Discovery to proceed while motion is pending. Parties to contact Magistrate Judge assigned to the case to schedule an Initial Conference.

☒    Motion argued.

☒    The Court deems the motion made.

☒    Other: For the reasons set forth on the record, the motion is granted.  Plaintiff is granted 45 days to file an amended complaint.

☐    The parties are to submit order on notice to all parties.

☐    Settlement discussed. Choose an item.

☐    Jury Selection and trial set for:
Joint pretrial order due by:

** To obtain a copy of the transcript counsel should contact the ESR department in Central Islip at (631) 712-6030. Instructions and forms for requesting a transcript can be found at https://www.nyed.uscourts.gov/ under the *Court Information* tab.**