UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ALISA BETH WIENER and LEWIS STEVEN
WIENER AS CO-PERSONAL REPRESENTATIVES
OF THE ESTATE OF JILLIAN ROSE WIENER,
ALISA BETH WIENER and LEWIS STEVEN
WIENER AS CO-PERSONAL REPRESENTATIVES
OF THE ESTATE OF LINDSAY ELIZA WIENER,
ALISA BETH WIENER, individually, LEWIS
STEVEN WIENER, individually, ZACHARY WIENER,

                      Plaintiff,

          -against-

PAMELA A. MILLER, PETER C. MILLER, 3 SPRING
LANE I LLC, 3 SPRING LANE II LLC, HOMEAWAY.COM,
INC., VRBO HOLDINGS, INC.,

                      Defendant.
------------------------------------------------------------------------X

Docket No:
22-cv-07081 -GRB-ARL

**PETITION FOR THE APPROVAL OF WRONGFUL DEATH SETTLEMENT PURSUANT TO LOCAL RULE 83.2(b)**

ALISA BETH WIENER, the plaintiff and personal representative of the Estates of LEWIS STEVEN WIENER, JILLIAN ROSE WIENER and LINDSAY ELIZA WIENER, declares as follows:

1. I am the surviving spouse of Lewis Steven Wiener and the mother of Jillian Rose Wiener and Lindsay Eliza Wiener and presently reside at 1007 Willowleaf Way, Potomac, Maryland 20854.

2. My daughters, Jillian Rose Wiener and Lindsay Eliza Wiener died on August 3, 2022, in the fire which is the subject to this litigation.

3. My husband Lewis Steven Wiener died on April 29, 2024, of causes unrelated to the fire.

4. I was issued Letters of Administration for the Estates of Jillian Rose Wiener and Lindsay Eliza Wiener on October 25, 2022. To date, said letters have not been revoked and are presently in full force and effect.

5. On August 1, 2024, I was issued Letters of Administration for the Estate of my husband Lewis Steven Wiener. To date, said letters have not been revoked and are presently in full force and effect.

5. On September 19, 2022, the surviving members of my family retained Alonso Krangle, LLP located at 425 Broad Hollow Road, Melville, New York and their co-counsel Robert A. Cardali, P.C., 39 Broadway, 35th floor, New York, New York to act as our attorneys to prosecute all claims arising from the death of my daughters and the injuries we sustained in the fire. A contingent retainer was signed stipulating a legal fee of one-third of the gross sum recovered, and a deduction for expenses.

6. An action for personal injuries and wrongful death was commenced on behalf of the estates of my deceased daughters as well as on behalf of myself, my spouse Lewis Steven Wiener and my son Zachary Wiener.

7. After a long period of negotiation there has been an offer to settle this matter upon the following terms:

- Tender of the remainder of the applicable insurance policy on behalf of the Miller defendants in the amount of **$785,709.81**. This sum must be reduced by the payment in the sum of **$42,500.00** which represents the negotiated settlement of the

- subrogation claim by Chubb insurance. Leaving insurance proceeds in the amount of **$743,209.81** available to fund the settlement.

- Payment of **$208,000.00** by the Miller defendants from the proceeds of the sale of the home where the fire occurred.

- The total gross settlement amount to my family is **$951,209.81.**

8. Both I and my surviving son, Zachary Wiener, have accepted this offer subject to the approval of this Court.

9. I believe that it is in the best interest of my daughters' Estates and my family to accept the settlement amount offered. I am the only beneficiary of the Estates of my daughters as well as the Estate of my husband.

10. I have decided to waive any personal recovery from this settlement. I am also waiving any recovery on behalf of my late husband's estate from this settlement.

11. My attorneys have advised me that they are not seeking 1/3 contingency. The legal fee has been reduced by 50% from **$317,069.00** to **$158,534.00**. The Offices of Robert A. Cardali, P.C. has waived any portion of the legal fee in this matter.

12. In view of the results achieved in this matter, I respectfully request that the court approve distribution of the settlement proceeds of NINE HUNDRED FIFTY-ONE THOUSAND TWO HUNDRED NINE DOLLARS AND EIGHTY-ONE CENTS (**$951,209.81**) as follows:

- **$167,321.50** to ALONSO KRANGLE LLP as reimbursement of their disbursements of **$8,787.50** and legal fee;

- 1/3 of the net settlement in the amount of **$261,296.11** to ZACHARY WIENER for his personal injuries;

- 1/3 of the net settlement in the amount of **$261,296.10** to Alisa Wiener as Administrator of the Estate of Jillian Rose Wiener;

- 1/3 of the net settlement amount of **$261,296.10** to Alisa Wiener as Administrator of the Estate of Lindsay Eliza Wiener.

13. I, Alisa Wiener, as Personal Representative of the Estate, hereby waive any claims for commissions.

14. The funeral expenses of my daughters have been paid in full and I do not seek reimbursement.

15. There are no bills of my daughters or their Estates outstanding. Neither are there any debts, assignments or judgment claims filed with petitioner as Personal Representative of the Estates.

16. I respectfully request leave of this Court to compromise and settle with PAMELA A. MILLER and PETER C. MILLER, to pay the full attorney's fee and disbursements, to receive my portion of the settlement proceeds as Administrator of the Estates of my daughters and to pay to Zachary Wiener his proposed share of the settlement in keeping with my family's wishes and pursuant to the applicable provisions of law.

17. The only persons interested in this proceeding who are entitled to any portion of the settlement proceeds are:

| NAME | RELATIONSHIP | ADDRESS |
|---|---|---|
| ALISA WIENER | Surviving Spouse and Mother | 1007 Willowleaf Way Potomac, MD 20854 |
| ZACHARY WIENER | Personal injury plaintiff (son and brother of decedents) | 1007 Willowleaf Way Potomac, MD 20854 |
| ALONSO KRANGLE LLP | Attorneys | 425 Broad Hollow Road Melville, New York 11747 |

18.     Petitioner has not become interested in the within matter at the instance of the defendant or anyone acting on defendant's behalf, directly or indirectly.

**WHEREFORE**, your petitioner prays that this Court issue an Order as follows:

a.      Authorizing Alisa Wiener as Personal Representative of the Estates of Jillian Rose Wiener, Lindsay Eliza Wiener and Lewis Steven Wiener to Compromise and settle a cause of action for the personal injuries and wrongful death of decedents, Jillian Rose Wiener and Lindsay Wiener against, defendants Pamela A. Miller and Peter C. Miller;

b.      Fixing and allowing a fee to ALONSO KRANGLE LLP, as attorneys, for disbursements and legal services rendered by them in the prosecution and settlement of said cause of action in the sum of **$167,321.50.**

c.      Allocating and distributing the balance of the settlement proceeds, to wit **$783,888.31** as follows:

- 1/3 of the net settlement in the amount of **$261,296.11** to Zachary Wiener for his personal injuries;

- 1/3 of the net settlement in the amount of **$261,296.10** to Alisa Wiener as Administrator of the Estate of Jillian Rose Wiener;

- 1/3 of the net settlement amount of **$261,296.10** to Alisa Wiener as Administrator of the Estate of Lindsay Eliza Wiener.

d.      Authorizing Alisa Wiener as Personal Representative of the Estates of Jillian Rose Wiener, Linday Eliza Wiener and Lewis Steven Wiener to discontinue all causes of action for personal injury, conscious pain and suffering and/or wrongful death against the defendants, Pamela A. Miller and Peter C. Miller.

e.      Authorizing Alisa Wiener as Personal Representative to execute any releases or other instruments necessary to effectuate such settlement and compromise.

  f. Authorizing Zachary Wiener to discontinue his causes of action for personal injury against the defendants, Pamela A. Miller and Peter C. Miller.

  f. Authorizing Zachary Wiener to execute any releases or other instruments necessary to effectuate such settlement and compromise.

  g. Authorizing plaintiffs to discontinue all causes of action against defendants 3 Spring Lane I LLC and 3 Spring Lane II LLC.

  h. Entering a final judgement in this matter.

  f. Granting such other and further relief as this Court deems reasonable and proper.

Dated: Potomac, Maryland
   August 5, 2024

_____
ALISA WIENER as
Personal Representative of the
Estates of JILLIAN ROSE WIENER,
LINDAY ELIZA WIENER and
LEWIS STEVEN WIENER